SOUTHERN DISTRICT OF FLORIDA
CASE NO.  07-81000-CTV-DIMITROULEAS/ROSENBAUM

**HOWARD HOWELL** and
**KAREEN HOWELL,**

    Plaintiffs,

v.

**MATTHEW WOOD and JOHN DOUGAN**
    Defendants.
_____/

## NOTICE OF DEFENDANTS' AMENDED WITNESS & EXHIBIT LIST

COME NOW the Defendants, MATTHEW WOOD  and JOHN DOUGAN and file this Amended Witness List and Exhibit List for trial:

1. Howard Howell, Plaintiff

2. Kareen Howell, Plaintiff

3. Deputy Sheriff Matthew Wood, Defendant

4. Deputy Sheriff John Dougan, Defendant

5. Corporal Clinton Cohen
   Palm Beach County Sheriff's Office
   3228 Gun Club Road
   West Palm Beach, FL 33406
   688-3000

6. Agent Ahmed Shahid
   Palm Beach County Sheriff's Office
   3228 Gun Club Road
   West Palm Beach, FL 33406
   688-3000

7. Explorer Adam Avey
   Palm Beach County Sheriff's Office
   3228 Gun Club Road
   West Palm Beach, FL 33406
   688-3000

8. Mrs. Elaine Spence
   12483 68th Rd., N.
   West Palm Beach, Fl 33412

1

9.  Mr. Courtney Spence
    12483 68th Rd. N.
    West Palm Beach, FL 33412

10. Mr. Franklin Sybliss
    16473 N 92 Lane
    Loxahatchee, FL 33470
    561-795-3511 or 676-5324

11. Ian Hewling
    1372 Amaryllis Lane
    West Palm Beach, Fl 33415
    561-615-3792

12. Tonica Chappell
    123 Country Cl. Wy
    Royal Palm Beach, FL 33411
    561-204-1158 or 561-951-2247

13. Jerome Sheriffe
    4608 Schall Road, Apt. C
    West Palm Beach, FL 33407
    561-662-1436

14. Deon Wedderburn
    832 Hill Dr., Apt. B
    West Palm Beach, FL 33415
    561-471-8633

1.  Rohan W. Mullings
    123 Country CL Wy
    Royal Palm Beach, Fl 33411
    561-204-1158

2.  Sgt. Andrew Porath
    Palm Beach County Sheriff's Office
    3228 Gun Club Road
    West Palm Beach, FL 33406
    688-3000

17. Captain Bruce Barkdull, Command Duty Officer
    Palm Beach County Sheriff's Office
    3228 Gun Club Road
    West Palm Beach, FL 33406
    688-3000

18. Lt. Richard Burdick, Watch Commander
    Palm Beach County Sheriff's Office

      3228 Gun Club Road
      West Palm Beach, FL 33406
      688-3000

19. Stacey Lawhorn (took the blood from the plaintiff)
      Palm Beach County Sheriff's Office
      3228 Gun Club Road
      West Palm Beach, FL 33406
      688-3000

20. Dustin Tate Yeatman, Toxicology Manager
      Palm Beach County Sheriff's Office
      3228 Gun Club Road
      West Palm Beach, FL 33406
      688-3000

21. All witness listed by Plaintiff

Defendants Exhibit D

1.    IA Report Case #06-037   h, r, m

2.    PBSO Incident Report #06-081854 r,m,

3.    Probable Cause Affidavit (05-081854) r,m,

4.    Written Statement by Explorer Adam Avey  r,m

5.    Handwritten diagram (5)

6.    Toxicology report subject to cross examination of toxicologist

7.    State Attorney's Office NO FILE letter

8.    Typed transcript of interview of Capt. Bruce Barkdoll

9.    PBSO General Order 300.00 (Drug/Alcohol Testing)

10.   Cell phone of plaintiff at the time of the incident.

11.   Plaintiff's Glock 27 and Glock 22 demonstrative exhibits only

12.   Palm Beach County Noise Ordinance

13.   Any exhibits listed by the plaintiff.

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on January 8, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

               _/s/ Fred H. Gelston_____
               FRED H. GELSTON, ESQ.
               FLA. BAR NO.: 173506
               FRED H. GELSTON, P.A.
               601 N. Dixie Highway, Ste. C
               West Palm Beach, FL 33402-3546
               (561) 832-5999
               (561) 832-2533 fax

SERVICE LIST:

**Robert L. Saylor, Esq.**
**LAW OFFICES OF ROBERT L. SAYLOR, P.A.**
1615 Forum Place, Suite 1-B
West Palm Beach, Florida, 33401
561-697-8700
561-697-3135 fax
561-531-2680 cell
saylorLaw@gmail.com

**Peter L. Sampo, Esq.**
 **ALLEN, NORTON & BLUE, P.A.**
121 Majorca Avenue, Suite 300
Coral Gables, Florida, 33134
305-4455-7801
305-441-1578 fax
psampo@anblaw.com
lsavage@anblaw.com