UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81000-CIV-DIMITROULEAS

HOWARD HOWELL and
KAREEN HOWELL,

        Magistrate Judge Snow

    Plaintiffs,
vs.

MATTHEW WOOD, and
JOHN DOUGAN,

    Defendants.
_____/

**FINAL JUDGMENT AND ORDER CLOSING CASE**

THIS CAUSE is before the Court upon the Jury Verdict rendered in this action on January 29, 2010.  Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Plaintiff Howard Howell and against Defendant John Dougan in the amount of $275,000.00;

2. Any remaining pending motions are hereby **DENIED AS MOOT**;

3. The Clerk is hereby directed to close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of February, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record