UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **07-81000 Civ-DIMITROULEAS**

**HOWARD HOWELL and KAREN HOWELL,**

    Plaintiffs,

vs.

**JOHN DOUGAN,**

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that John Dougan, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment for the sum of $275,000.oo against defendant, John Dougan, entered in this action by the Honorable William P. Dimitrouleas on the 1st day of February, 2010 and the order denying defendant Dougan's motion for remittitur or new trial on damages entered by the Honorable William P. Dimitrouleas on the 11th day of March, 2010.

**I HEREBY CERTIFY** that on **April 6, 2010**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated

by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ Marjorie Gadarian Graham
MARJORIE GADARIAN GRAHAM, ESQ.
FLA. BAR NO: 142053
MARJORIE GADARIAN GRAHAM, P.A.
Oakpark, Suite D 129
11211 Prosperity Farms Road
Palm Beach Gardens, FL 33410
561-775-1204
561-624-4460 fax
mgg@appeal.com

SERVICE LIST:

**Fred H. Gelston, Esq.**
FRED H. GELSTON, P.A.
601 N. Dixie Highway, Ste. C
West Palm Beach, FL 33402-3546
(561) 832-5999

(561) 832-2533 fax
fgelston@bellsouth.net


**Robert L. Saylor, Esq.**
LAW OFFICES OF ROBERT L. SAYLOR, P.A.
1615 Forum Place, Suite 1-B
West Palm Beach, Florida, 33401
561-697-8700
561-697-3135 fax
561-531-2680 cell
saylorLaw@gmail.com

**Michael B. Davis, Esq.**
PAXTON & SMITH, P.A.
Barristers Building, Suite 500
1615 Forum Place
West Palm bEach, FL 33401
561-684-2121
561-684-6855 fax
MBD@PAXSMITH.COM

**Peter L. Sampo, Esq.**
 ALLEN, NORTON & BLUE, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida, 33134
305-4455-7801
305-441-1578 fax
psampo@anblaw.com