UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81000-CIV-DIMITROULEAS

HOWARD HOWELL and
KAREEN HOWELL,

        Magistrate Judge Snow

    Plaintiffs,

vs.

MATTHEW WOOD, and
JOHN DOUGAN,

    Defendants.
_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon Plaintiffs' Motion[1] for Award of Costs and Attorney's Fees [DE 105], and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated June 10, 2010 [DE 135].  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F. 2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F. 2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate Judge's conclusion that the Motion be granted in part.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

---

[1] The Motion was not verified.  However, counsel for Plaintiff verified the claimed fees in his Affidavit for Costs and Attorney's Fees [DE 101] and at the hearing.  Further, Defendants did not object to the lack of verification in the Motion itself.  Accordingly the Court agrees with the Magistrate Judge's finding that the requirements of Rule 7.3A have been met.

1. The Report and Recommendation [DE 135] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiffs' Motion for Award of Costs and Attorney's Fees [DE 105] is hereby **GRANTED in part.**

3. Robert Saylor, Esq. is awarded $141,487.50 in attorney's fees and $6,239.33 in costs of litigation.

4. Michael B. Davis, Esq. is awarded is awarded $74,880.00 in attorney's fees and $1,987.44 in costs of litigation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of June, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Snow
Counsel of Record